1  STANLEY C. MORRIS, ESQ. (BAR NO. 183620)
2  SCM@CORMORLLP.COM
   BRIAN T. CORRIGAN, ESQ. (BAR NO. 143188)
3  BCORRIGAN@ CORMORLLP.COM

4
   **CORRIGAN & MORRIS LLP**
5  201 SANTA MONICA BOULEVARD, SUITE 475
   SANTA MONICA, CALIFORNIA 90401-2212
6  TELEPHONE:  (310) 394-2800
7  FACSIMILE:  (310) 394-2825

8
   *Attorneys for* Plaintiff
9  KEXUAN YAO

10

11              **UNITED STATES DISTRICT COURT**

12            **CENTRAL DISTRICT OF CALIFORNIA**

13  **KEXUAN YAO,**                    **Case No.:  SACV 10-1299 AG (JCGx)**

14  **Plaintiff,**                     **Mag. Judge: Hon. Jay C. Gandhi**

15
              **vs.**                  ~~**[proposed] Stipulated**~~ **Protective**
16                                      **Order**

17  **CRISNIC FUND, S. A.;**
    **ANTHONY GENTILE;**
18  **ED FURMAN;**
19  **and Does 1-10,**

20  **Defendants.**

21

22

23

24

25

26

27

28

CORRIGAN & MORRIS, LLP
ATTORNEYS AT LAW
201 SANTA MONICA BLVD.
SUITE 475
SANTA MONICA, CA. 90401
(310) 394-2800

Case

*The Court orders*

1  Plaintiff, ~~Kexuan Yao and Defendants, Crisnic Fund, S.A. and Anthony~~

2  Gentile, through the undersigned counsel, ~~stipulate and agree~~ as follows:

3  Plaintiff has subpoenaed certain records from Transcend Capital, LP. Defendants

4  have asserted that certain information in those records may be confidential.

5  ~~The Parties stipulate and agree that~~ The documents and information unrelated

6  to the Defendants' sales of China Armco stock, produced by Transcend Capital,

7  LP, shall be maintained by Plaintiff's counsel on a "Confidential" basis. The

8  documents and information related to the China Armco stock shall not be

9  confidential and may be used freely by the Plaintiff and its counsel, unless further

10  ordered by the Court.

11         In connection with future discovery proceedings in this action, the parties

12  may designate any document, thing, material, testimony, or other information

13  derived there from, as "Confidential" under the terms of this Order (hereinafter

14  "Order"). Confidential information is information which has not been made public

15  and which concerns or relates to the processes, operations, type of work, or

16  apparatus, or to the production, shipments, purchases, transfers, inventories, or the

17  disclosure of which information may have the effect of causing harm to the

18  competitive position of the person, firm, partnership, corporation, or to the

19  organization from which the information was obtained.

20         By designating a document, thing, material, testimony or other information

21  derived therefrom as "confidential," under the terms of this Order, the party

22  making the designation is certifying to the Court that there is a good faith basis

23  both in law and in fact for the designation within the meaning of Fed. R. Civ. P.

24  26(g). If either party is found to have marked documents without a good faith

25  bases, then such party will pay the reasonable attorneys' fees of the other party.

26         Confidential documents shall be so designated by stamping copies of the

27  document produced to a party with the legend "CONFIDENTIAL." Stamping the

28  legend "CONFIDENTIAL" on the cover of any multipage document shall

CORRIGAN & MORRIS, LLP
ATTORNEYS AT LAW
201 SANTA MONICA BLVD.
SUITE 475
SANTA MONICA, CA. 90401
(310) 394-2800

PROTECTIVE ORDER - 2

1   designate all pages of the document as confidential, unless otherwise indicated by
2   the producing party.

3      Testimony taken at a deposition, conference, hearing or trial may be
4   designated as confidential by making a statement to that effect on the record at the
5   deposition or other proceeding. Arrangements shall be made with the court reporter
6   taking and transcribing such proceeding to separately bind such portions of the
7   transcript containing information designated as confidential, and to label such
8   portions appropriately.

9      Material designated as confidential under this Order, the information
10  contained therein, and any summaries, copies, abstracts, or other documents
11  derived in whole or in part from material designated as confidential (hereinafter
12  *"Confidential Material")* shall be used for the purpose of the prosecution, defense,
13  or settlement of this action, and for no other purpose.

14     Confidential Material produced pursuant to this Order may be disclosed or
15  made available only to the Court, to counsel for a party (including the paralegal,
16  clerical, and secretarial staff employed by such counsel), and to the "qualified
17  persons" designated below.

18     (a)   a party, or an officer, director, or employee of a party deemed
19           necessary by counsel to aid in the prosecution, defenses, or settlement
20           of this action;
21     (b)   experts or consultants (together with their clerical staff) retained by
22           such counsel to assist in the prosecution, defense, or settlement of this
23           action;
24     (c)   court reporter(s) employed in this action;
25     (d)   a witness at any deposition or other proceeding in this action;
26     (e)   an outside copying service designated by either party to make copies of
27           exhibits and third party document productions for production to the
28           defendant;

CORRIGAN & MORRIS, LLP
ATTORNEYS AT LAW
201 SANTA MONICA BLVD.
SUITE 475
SANTA MONICA, CA. 90401
(310) 394-2800

PROTECTIVE ORDER - 3

1    (f)   any employee of the United States Securities and Exchange
2          Commission and/or the Department of Justice; and

3    (g)   any other person as to whom the parties in writing agree.

4          Prior to receiving any Confidential Material, each "qualified person" shall be
5    provided with a copy of this order and shall execute a nondisclosure agreement in
6    the form of Attachment A, a copy of which shall be provided forthwith to counsel
7    for each other party and for the parties.

8          Nothing herein shall impose any restrictions on the use or disclosure by a
9    party of material obtained by such party independent of discovery in this action,
10   whether or not such material is also obtained through discovery in this action, or
11   from disclosing its own Confidential Material as it deems appropriate. If
12   Confidential Material, including any portion of a deposition transcript designated
13   as Confidential, is included in any papers to be filed in Court, such papers shall be
14   labeled "Confidential-Subject to Court Order" and filed under seal until further
15   order of this Court. *Any request to file under seal shall be made strictly pursuant to L.R. 79.5-1.*

16         In the event that any Confidential Material is used in any court proceeding in
17   this action, it shall not lose its confidential status through such use, and the party
18   using such shall take all reasonable steps to maintain its confidentiality during such
19   use.

20         This Order shall be without prejudice to the right of the parties (i) to bring
21   before the court at any time the question of whether a particular document or
22   information is confidential or whether its use should be restricted or (ii) to present
23   a motion to the Court under Fed. R. Civ. P. 26(c) for a separate protective order as
24   to any particular document or information, including restrictions differing from
25   those as specified herein. This Order shall not be deemed to prejudice the parties in
26   any way in any future application for modification of this Order.

27         This Order is entered solely for the purpose of facilitating the exchange of
28   documents and information between the parties to this action without involving the

CORRIGAN & MORRIS, LLP
ATTORNEYS AT LAW
201 SANTA MONICA BLVD.
SUITE 475
SANTA MONICA, CA. 90401
(310) 394-2800

1    Court unnecessarily in the process. Nothing in this Order nor the production of any
2    information or document under the terms of this Order nor any proceedings
3    pursuant to this Order shall be deemed to have the effect of an admission or waiver
4    by either party or of altering the confidentiality or nonconfidentiality of any such
5    document or information or altering any existing obligation of any party or the
6    absence thereof.
7         SO ORDERED.
8    Dated: _1·18·2012_
9                                    _____
                                     JAY C. GANDHI, MAGISTRATE JUDGE
10                                   UNITED STATES DISTRICT COURT
11
12   AGREED AS TO FORM:
13   Dated: _____          /s/ Stanley C. Morris
                                     Attorneys for Plaintiff
14                                   Kexuan Yao
15
16   Dated:_____           _____
17                                   Kenneth G. Eade
                                     Attorneys for Crisnic, S.A.
18                                   and Anthony Gentile
19
20
21
22
23
24
25
26
27
28

CORRIGAN & MORRIS, LLP
ATTORNEYS AT LAW
201 SANTA MONICA BLVD.
SUITE 475
SANTA MONICA, CA. 90401
(310) 394-2800

**EXHIBIT A**

PROTECTIVE ORDER - 5

**CONFIDENTIALITY AGREEMENT**

1.     I, _____, have read and understand the Stipulation and Order Regarding Confidential Information in this action, dated December __, 2011 (the "Order"), and agree to be bound by its terms.

2.     As set forth in the Order, I shall use Confidential Material, and the information contained in that Confidential Material, solely for the purpose of this litigation, and for no other purpose and no other case. I shall not disclose Confidential Material or the information in that Confidential Material except as permitted in the Order.

3.     I hereby submit myself to the jurisdiction of the United States District Court for the Central District of California for the enforcement of these agreements and the Order.

Executed this ___ day of _____, 2011.

_____

[Signature]

_____

[Type or Print Name]

CORRIGAN & MORRIS, LLP
ATTORNEYS AT LAW
201 SANTA MONICA BLVD.
SUITE 475
SANTA MONICA, CA. 90401
(310) 394-2800