1  STANLEY C. MORRIS, ESQ. (BAR NO. 183620)
2  SCM@CORMORLLP.COM
   BRIAN T. CORRIGAN, ESQ. (BAR NO. 143188)
3  BCORRIGAN@CORMORLLP.COM
4
   **CORRIGAN & MORRIS LLP**
5  201 SANTA MONICA BOULEVARD, SUITE 475
   SANTA MONICA, CALIFORNIA 90401-2212
6  TELEPHONE: (310) 394-2800
7  FACSIMILE: (310) 394-2825
8
   *Attorneys for* Plaintiff
9  KEXUAN YAO
10
11              UNITED STATES DISTRICT COURT
12              CENTRAL DISTRICT OF CALIFORNIA
13 KEXUAN YAO,
                                Case No.: SACV 10-1299 AG (JCGx)
14 Plaintiff,                   Mag. Judge: Hon. Jay C. Gandhi
15
16     vs.                      ~~[proposed] Stipulated~~ Protective
                                Order
17 CRISNIC FUND, S. A.;
   ANTHONY GENTILE;
18 ED FURMAN;
19 and Does 1-10,
20 Defendants.
21
22
23
24
25
26
27
28

CORRIGAN & MORRIS, LLP
ATTORNEYS AT LAW
201 SANTA MONICA BLVD.
SUITE 475
SANTA MONICA, CA. 90401
(310) 394-2800

PROTECTIVE ORDER - 1

*The Court orders*

1  ~~Plaintiff, Kexuan Yao and Defendants, Crisnic Fund, S.A. and Anthony~~
2  ~~Gentile, through the undersigned counsel, stipulate and agree~~ as follows:
3  Plaintiff has subpoenaed certain records from Transcend Capital, LP. Defendants
4  have asserted that certain information in those records may be confidential.

~~The Parties stipulate and agree that~~ The documents and information unrelated to the Defendants' sales of China Armco stock, produced by Transcend Capital, LP, shall be maintained by Plaintiff's counsel on a "Confidential" basis. The documents and information related to the China Armco stock shall not be confidential and may be used freely by the Plaintiff and its counsel, unless further ordered by the Court.

In connection with future discovery proceedings in this action, the parties may designate any document, thing, material, testimony, or other information derived there from, as "Confidential" under the terms of this Order (hereinafter "Order"). Confidential information is information which has not been made public and which concerns or relates to the processes, operations, type of work, or apparatus, or to the production, shipments, purchases, transfers, inventories, or the disclosure of which information may have the effect of causing harm to the competitive position of the person, firm, partnership, corporation, or to the organization from which the information was obtained.

By designating a document, thing, material, testimony or other information derived therefrom as "confidential," under the terms of this Order, the party making the designation is certifying to the Court that there is a good faith basis both in law and in fact for the designation within the meaning of Fed. R. Civ. P. 26(g). If either party is found to have marked documents without a good faith bases, then such party will pay the reasonable attorneys' fees of the other party.

Confidential documents shall be so designated by stamping copies of the document produced to a party with the legend "CONFIDENTIAL." Stamping the legend "CONFIDENTIAL" on the cover of any multipage document shall

CORRIGAN & MORRIS, LLP
ATTORNEYS AT LAW
201 SANTA MONICA BLVD.
SUITE 475
SANTA MONICA, CA. 90401
(310) 394-2800

PROTECTIVE ORDER - 2

designate all pages of the document as confidential, unless otherwise indicated by the producing party.

Testimony taken at a deposition, conference, hearing or trial may be designated as confidential by making a statement to that effect on the record at the deposition or other proceeding. Arrangements shall be made with the court reporter taking and transcribing such proceeding to separately bind such portions of the transcript containing information designated as confidential, and to label such portions appropriately.

Material designated as confidential under this Order, the information contained therein, and any summaries, copies, abstracts, or other documents derived in whole or in part from material designated as confidential (hereinafter *"Confidential Material")* shall be used for the purpose of the prosecution, defense, or settlement of this action, and for no other purpose.

Confidential Material produced pursuant to this Order may be disclosed or made available only to the Court, to counsel for a party (including the paralegal, clerical, and secretarial staff employed by such counsel), and to the "qualified persons" designated below.

 (a) a party, or an officer, director, or employee of a party deemed necessary by counsel to aid in the prosecution, defenses, or settlement of this action;

 (b) experts or consultants (together with their clerical staff) retained by such counsel to assist in the prosecution, defense, or settlement of this action;

 (c) court reporter(s) employed in this action;

 (d) a witness at any deposition or other proceeding in this action;

 (e) an outside copying service designated by either party to make copies of exhibits and third party document productions for production to the defendant;

CORRIGAN & MORRIS, LLP
ATTORNEYS AT LAW
201 SANTA MONICA BLVD.
SUITE 475
SANTA MONICA, CA. 90401
(310) 394-2800

PROTECTIVE ORDER - 3

(f) any employee of the United States Securities and Exchange Commission and/or the Department of Justice; and

(g) any other person as to whom the parties in writing agree.

Prior to receiving any Confidential Material, each "qualified person" shall be provided with a copy of this order and shall execute a nondisclosure agreement in the form of Attachment A, a copy of which shall be provided forthwith to counsel for each other party and for the parties.

Nothing herein shall impose any restrictions on the use or disclosure by a party of material obtained by such party independent of discovery in this action, whether or not such material is also obtained through discovery in this action, or from disclosing its own Confidential Material as it deems appropriate. If Confidential Material, including any portion of a deposition transcript designated as Confidential, is included in any papers to be filed in Court, such papers shall be labeled "Confidential-Subject to Court Order" and filed under seal until further order of this Court. *Any request to file under seal shall be made strictly pursuant to L.R. 79.5-1.*

In the event that any Confidential Material is used in any court proceeding in this action, it shall not lose its confidential status through such use, and the party using such shall take all reasonable steps to maintain its confidentiality during such use.

This Order shall be without prejudice to the right of the parties (i) to bring before the court at any time the question of whether a particular document or information is confidential or whether its use should be restricted or (ii) to present a motion to the Court under Fed. R. Civ. P. 26(c) for a separate protective order as to any particular document or information, including restrictions differing from those as specified herein. This Order shall not be deemed to prejudice the parties in any way in any future application for modification of this Order.

This Order is entered solely for the purpose of facilitating the exchange of documents and information between the parties to this action without involving the

CORRIGAN & MORRIS, LLP
ATTORNEYS AT LAW
201 SANTA MONICA BLVD.
SUITE 475
SANTA MONICA, CA. 90401
(310) 394-2800

PROTECTIVE ORDER - 4

1  Court unnecessarily in the process. Nothing in this Order nor the production of any
2  information or document under the terms of this Order nor any proceedings
3  pursuant to this Order shall be deemed to have the effect of an admission or waiver
4  by either party or of altering the confidentiality or nonconfidentiality of any such
5  document or information or altering any existing obligation of any party or the
6  absence thereof.
7      SO ORDERED.
8  Dated: 1·18·2012

                          JAY C. GANDHI, MAGISTRATE JUDGE
                          UNITED STATES DISTRICT COURT

AGREED AS TO FORM:

Dated: _____      /s/ Stanley C. Morris
                          Attorneys for Plaintiff
                          Kexuan Yao

Dated: _____      _____
                          Kenneth G. Eade
                          Attorneys for Crisnic, S.A.
                          and Anthony Gentile

CORRIGAN & MORRIS, LLP
ATTORNEYS AT LAW
201 SANTA MONICA BLVD.
SUITE 475
SANTA MONICA, CA. 90401
(310) 394-2800

EXHIBIT A

PROTECTIVE ORDER - 5

# CONFIDENTIALITY AGREEMENT

1.  I, _____, have read and understand the Stipulation and Order Regarding Confidential Information in this action, dated December __, 2011 (the "Order"), and agree to be bound by its terms.

2.  As set forth in the Order, I shall use Confidential Material, and the information contained in that Confidential Material, solely for the purpose of this litigation, and for no other purpose and no other case. I shall not disclose Confidential Material or the information in that Confidential Material except as permitted in the Order.

3.  I hereby submit myself to the jurisdiction of the United States District Court for the Central District of California for the enforcement of these agreements and the Order.

Executed this ___ day of _____, 2011.

_____
[Signature]

_____
[Type or Print Name]

CORRIGAN & MORRIS, LLP
ATTORNEYS AT LAW
201 SANTA MONICA BLVD.
SUITE 475
SANTA MONICA, CA. 90401
(310) 394-2800

PROTECTIVE ORDER - 6