JS6

STANLEY C. MORRIS, ESQ. (BAR NO. 183620)
SCM@CORMORLLP.COM
BRIAN T. CORRIGAN, ESQ. (BAR NO. 143188)
BCORRIGAN@CORMORLLP.COM
**CORRIGAN & MORRIS LLP**
201 SANTA MONICA BOULEVARD, SUITE 475
SANTA MONICA, CALIFORNIA 90401-2212
TELEPHONE: (310) 394-2800
FACSIMILE: (310) 394-2825

*Attorneys for* Plaintiff
KEXUAN YAO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KEXUAN YAO,** | Case No.: SACV 10-1299 AG (JCGx) |
| **Plaintiff,** | **STIPULATED JUDGMENT** |
| vs. | Discovery cut-off: October 29, 2012<br>Pre-trial Conf: January 14, 2013; 8:30 a.m.<br>Trial Date: January 29, 2013; 9:00 a.m. |
| **CRISNIC FUND, S. A.;**<br>**ANTHONY GENTILE;**<br>**IFG OPPORTUNITY FUND, LLC;**<br>**ED FURMAN;**<br>**and Does 1-10,** | |
| **Defendants.** | |

STIPULATED JUDGMENT   1

      **IT IS HEREBY STIPULATED** by and between Plaintiff, Kexuan Yao ("Yao"), through his counsel of record, Corrigan & Morris, LLP, on the one hand, and Crisnic Fund, S.A., through its President ("Crisnic Fund"), IFG Opportunity Fund, LLC, through its Managing Member ("IFG"), Anthony Gentile ("Gentile"), for himself, and Ed Furman ("Furman"), for himself, on the other hand, that:

      1.    This action was commenced on August 24, 2010 by Yao against Crisnic Fund, IFG, Gentile and Furman (the "Action").

      2.    The parties have litigated the Action for more than two years and are set to go to trial on January 29, 2013.

      3.    The parties have agreed to settle the matter, without admitting or denying any of the allegations made in the Action pursuant to the terms of a Settlement Agreement dated as of January 16, 2013.

      4.    Subject to the terms of that Settlement Agreement, Plaintiff shall be entitled to judgment as follows:

      a.    against Defendant, Crisnic Fund, S.A. (only), in the amount of $3,113,064.29, plus interest at the federal rate from July 8, 2010.

      b.    Gentile, Furman and IFG are dismissed from the Action with prejudice.

      c.    Nothing herein is intended to dismiss or release any of the obligations under the Parties' Settlement Agreement dated as of January 16, 2013.

      d.    The Parties agree to bear their own costs.

      e.    The Defendants waive any right to appeal this matter or to challenge this Court's jurisdiction over the Action or the Settlement Agreement reached between the parties.

**SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated: January 22, 2013 | KEXUAN YAO |
| 2 | | By: _[signature]_ |
| 3 | | Print Name: Kexuan Yao |
| 4 | | |
| 5 | Dated: January __, 2013 | CRISNIC FUND, S.A. |
| 6 | | By: _[signature]_ |
| 7 | | Print Name: Anthony Gentile |
| 8 | | Title: PRESIDENT |
| 9 | Dated: January __, 2013 | IFG OPPORTUNITY FUND, LLC |
| 10 | | |
| 11 | | By: _[signature]_ |
| 12 | | Print Name: Anthony Gentile |
| 13 | | Title: MANAGING MEMBER |
| 14 | Dated: January __, 2013 | ANTHONY GENTILE |
| 15 | | |
| 16 | | By: _[signature]_ |
| 17 | | Print Name: Anthony Gentile |
| 18 | Dated: January __, 2013 | ED FURMAN |
| 19 | | |
| 20 | | By: _____ |
| | | Print Name: _____ |

STIPULATED JUDGMENT    3

| | | |
|---|---|---|
| 1 | Dated: January __, 2013 | KEXUAN YAO |
| 2 | | By:_____ |
| 3 | | Print Name:_____ |
| 4 | | |
| 5 | Dated: January __, 2013 | CRISNIC FUND, S.A. |
| 6 | | By:_____ |
| 7 | | Print Name:_____ |
| 8 | | Title:_____ |
| 9 | Dated: January __, 2013 | IFG OPPORTUNITY FUND, LLC |
| 10 | | |
| 11 | | By:_____ |
| 12 | | Print Name:_____ |
| 13 | | Title:_____ |
| 14 | Dated: January __, 2013 | ANTHONY GENTILE |
| 15 | | |
| 16 | | By:_____ |
| 17 | | Print Name:_____ |
| 18 | Dated: January 23, 2013 | ED FURMAN |
| 19 | | |
| 20 | | By: [signature] |
| | | Print Name: Ed Furman |

STIPULATED JUDGMENT   3

## JUDGMENT

Upon the Stipulation of the Parties, Judgment is hereby entered in favor of Plaintiff, Kexuan Yao, and against Crisnic Fund, S.A., only, in the amount of $3,113,064.29, plus interest from July 8, 2010 until the date payment is made by Crisnic Fund, S.A. at the federal judgment rate.

Anthony Gentile, Ed Furman and IFG Opportunity Fund, LLC are dismissed from the Action with prejudice.

Nothing herein is intended to dismiss or release any of the obligations under the Parties' Settlement Agreement dated as of January 16, 2013.

The Parties agree to bear their own costs.

The Defendants are determined to have waived and forfeited any right to appeal this Judgment or to challenge this Court's jurisdiction over the Action, the Settlement Agreement reached between the parties or this Judgment.

The Court retains jurisdiction to enforce the terms of the Parties' Settlement Agreement.

Dated: January 23, 2013

ANDREW J. GUILFORD, JUDGE
UNITED STATES DISTRICT COURT